# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON, | Case No. CV 12-5362 GAF (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| K. HOLLAND, Warden, | |
| Respondent. | |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: August 21, 2012

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE